Spiro Peter KARABELOS v. UNITED STATES.

No. 10673.

United States Court of Appeals Sixth Circuit.

Dec. 2, 1948.

No appearance for appellant.

Ray O'Donnell, of Columbus, Ohio, for appellee.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and oral argument of the District Attorney; and it appearing to the court that this is an appeal from the denial of the application of appellant for the vacation of judgment and sentence or for correction of sentence; and it further appearing that there is no reversible error upon the record: It is therefore ordered and adjudged that the order appealed from be and the same is in all things affirmed.

Douglas SPRADLEY v. UNITED STATES.

No. 10702.

United States Court of Appeals Sixth Circuit.

Dec. 1, 1948.

Douglas Cole, of Cincinnati, Ohio, for appellant.

David C. Walls, of Louisville, Ky., for appellee.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and argument of counsel, and it appearing to the court that there is no reversible error upon the record, it is ordered and adjudged that the order appealed from be and the same is in all things affirmed.

Harry TENNYSON, Jr., d.b.a. Auto Truck Rental Company, Claimant, v. UNITED STATES.

No. 10666.

United States Court of Appeals Sixth Circuit.

Dec. 6, 1948.

Robb & Robb, of Detroit, Mich., for appellant.

Thomas P. Thornton and Joseph C. Murphy, both of Detroit, Mich., for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This cause having been duly heard and considered on the record, briefs and oral arguments, from a consideration of which it appears that the opinion of the district court, United States v. One 1941 Chrysler Brougham Sedan, 74 F.Supp. 970, which incorporated findings of fact and conclusions of law, reasoned to a sound and correct conclusion;

The order of forfeiture of the Chrysler Brougham Sedan involved herein, entered by the district court on December 16, 1947, is affirmed.